1
2
3
4
5
6
7

# THE UNITED STATES DISTRICT COURT FOR THE

## CENTRAL DISTRICT COURT OF CALIFORNIA

| GEORGE PERRIN, | Case No.: EDCV08-1364 VAP (OPx) |
|---|---|
| PLAINTIFF, | [~~PROPOSED~~] JUDGMENT AGAINST DEFENDANT VESTRIS' VETTES AND CUSTOMS, INC. |
| v. | |
| JOHN VESTRI d/b/a VESTRIS' VETTES, VESTRIS' VETTES AND CUSTOMS, INC., | |
| DEFENDANTS, | |

It is hereby stipulated by and between Plaintiff George Perrin and Defendant Vestris' Vettes and Customs, Inc., through their respective counsel, that Plaintiff George Perrin shall have a judgment in the sum of $85,000.00 against defendant Vestris' Vettes and Customs, Inc.

This judgment does not affect in any way the rights Plaintiff George Perrin has or might have in this case against defendant John Vestri, who has filed a petition for bankruptcy protection in the United State Bankruptcy Court for the Eastern District of Pennsylvania. Plaintiff by this judgment does not waive any rights he has in this lawsuit against defendant John Vestri d/b/a Vestris Vettes.

JUDGMENT AGAINST VESTRIS' VETTES AND CUSTOMS, INC.

The terms of his judgment shall bind defendant Vestris' Vettes and Customs, Inc., and its successors, assigns, officers, agents, servants, and employees.

Defendant Vestris' Vettes and Customs, Inc. is not bound by the judicial approval of this judgment and such approval shall not be sought by the parties

The parties agree that this stipulation may be executed in counterparts, with the same force and effect as if executed in one complete document and the parties signature pages may be submitted via facsimile or email, with the same force and effect as if submitted by mail and by original signature.

This Court shall retain jurisdiction of this case for such other and further relief as may be necessary.

Pursuant to Rule 54(b), this Court directs entry of judgment against defendant Vestris' Vettes and Customs, Inc., and not defendant John Vestri d/b/a Vestris' Vettes, based on its finding and determination that there no just reason for delay. This judgment does not end this action as to any of the claims against defendant John Vestri d/b/a Vestris' Vettes.

Good Cause having been demonstrated,

IT IS HEREBY SO ORDERED.

Dated: OCT - 7 2009, ~~2009~~

*Virginia A. Phillips*
Judge of the U.S. District Court

---

JUDGMENT AGAINST VESTRIS' VETTES AND CUSTOMS, INC.